AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Cuneo Law Group, P.C., et al.

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

Joel D. Joseph,

Defendant.

Case: 1:08-cv-00253
Assigned To : Walton, Reggie B.
Assign. Date : 2/15/2008
Description: Contract

TO: (Name and address of Defendant)

Joel D. Joseph
1431 Ocean Drive
Santa Monica, CA 90401-2124

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jacob A. Stein
Stein, Mitchell & Mezines, L.L.P.
1100 Connecticut Avenue, NW
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 15 2008

CLERK

(By) DEPUTY CLERK

DATE

440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 2/20/08 |
|---|---|
| NAME OF SERVER *(PRINT)*  NOEL ASISTIO | TITLE MESSENGER |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☑  Returned unexecuted: WENT TO SERVE NO ANSWER WENT TO LEASING OFFICE AND THEY SAID HE NO LONGER RESIDE'S THERE.

_____

☐  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL  5. 65 MILES | SERVICES Proof of SERVICE - HOT RUSH. | TOTAL  $50 00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/20/08
                   Date

Signature of Server

119 N. SAN VICENTE BL #102
*Address of Server*  BEVERLY HILLS, Ca  90211

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.