AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Cuneo Law Group, P.C.

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Joel D. Joseph

Defendant.

CASE NUMBER:   08-cv-253 (RBW)

TO: (Name and address of Defendant)

Joel D. Joseph
1717 4th Street
3rd Floor
Santa Monica, California 90401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jacob A. Stein
Stein, Mitchell & Mezines, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

an answer to the *amended* complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. *amended*

NANCY MAYER-WHITTINGTON                    FEB 26 2008

CLERK                                      DATE

*Jackie [signature]*

(By) DEPUTY CLERK

Feb 27 2008 5:32PM   310-556-9622   p.2
FROM   (WED)FEB 27 2008 15:56/ST. 15:55/No. 6820337688 P 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  **DATE** 2-27-08

**NAME OF SERVER (PRINT)** ALEX MOSHTAGHAN   **TITLE** MESSENGER

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: P. HARRIS (RECEPTION SAID SHE COULD SIGN).
SERVED AT: 1717 4th ST. 3RD FL SANTA MONICA, CA 90401

☐ Returned unexecuted: _____

☑ Other (specify): ALSO MAILED COPY TO 1717 4th ST 3RD FL SANTA MONICA, CA 90401

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 5.65 miles | Proof of Service / HOT. | 50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-27-08
*Date*

*Signature of Server*

114 N. SAN VICENTE BLVD #102
BHL CA. 90211
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.