UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CUNEO LAW GROUP, P.C. | ) |
| and | ) |
| JONATHAN W. CUNEO | ) |
| v. | ) Case No. 08-00253 (RBW) |
| JOEL D. JOSEPH, | ) |
| Defendant | ) |

MOTION TO SHORTEN TIME

Defendant moves, pursuant to Rule 6 of the Federal Rules of Civil Procedure, to shorten the time for plaintiff to respond to defendant's motion for a preliminary injunction to five days.

*[signature]*

_____
JOEL D. JOSEPH, Pro Se
1717 Fourth St., Third Floor
Santa Monica, CA 90401
(310) 394-6600

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CUNEO LAW GROUP, P.C. ) | |
| ) | |
| and ) | |
| ) | |
| JONATHAN W. CUNEO ) | |
| ) | |
| v.           ) | Case No. 08-00253 (RBW) |
| ) | |
| JOEL D. JOSEPH, ) | |
| ) | |
| Defendant  ) | |

## ORDER SHORTENING TIME

Defendant has moved, pursuant to Rule 6 of the Federal Rules of Civil Procedure, to shorten the time for plaintiffs to respond to defendant's motion for a preliminary injunction to five days. The court finds that this is a reasonable timeframe and order plaintiffs to respond to the motion for a preliminary injunction by March 10, 2008, the defendant can file a reply on or before March 17, 2008 and the court shall have oral argument on this motion on March 20, 2008 at 1:30 p.m.

_____
UNITED STATES DISTRICT COURT JUDGE