UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CUNEO LAW GROUP, P.C., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-00253 (RBW) |
| ) | |
| JOEL D. JOSEPH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of David W. Stanley as counsel in this case for Plaintiffs, The Cuneo Law Group, P.C. and Jonathan W. Cuneo.

Date: March 17, 2008                       /s/ David W. Stanley
                                                   David W. Stanley (DC Bar No. 174318)
                                                   Cuneo Gilbert & LaDuca, LLP
                                                   507 C Street, N.E.
                                                   Washington, DC 20002
                                                   Telephone: (202) 789-3890
                                                   Facsimile: (202) 789-1813

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Appearance was serviced via the Court's ECF system upon all counsel registered for ECF.

Date: March 17, 2008                                    /s/ Brendan Thompson
                                                                        Brendan Thompson