UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CUNEO LAW GROUP, P.C., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOEL D. JOSEPH, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 08-00253 (RBW) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

   Please enter the appearance of David W. Stanley as counsel in this case for Plaintiffs, The Cuneo Law Group, P.C. and Jonathan W. Cuneo.

Date: March 18, 2008

/s/ David W. Stanley
David W. Stanley (DC Bar No. 174318)
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3890
Facsimile: (202) 789-1813

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appearance was serviced via the Court's ECF system upon all counsel registered for ECF.

Date: March 18, 2008                            /s/ Brendan Thompson
                                                Brendan Thompson