UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cuneo Law Group, et al., : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No. 08-00253 (RBW) |
| v. : | |
| : | |
| Joel D. Joseph, : | |
| : | |
| Defendant. : | |
| _____ : | |

### SCHEDULING ORDER AND REFERRAL TO MEDIATION

Consistent with oral rulings made by the Court during the hearing on the defendant's Motion for a Preliminary Injunction held on March 20, 2008, and the parties oral request to refer the case for settlement discussions, it is hereby

**ORDERED** that the defendant's Motion for a Preliminary Injunction is **DENIED**. It is further

**ORDERED** that the initial scheduling conference in this matter shall be held on May 30, 2008 at 11:45a.m., in Judge Walton's Courtroom, Courtroom 16.  It is further

**ORDERED** that this case is referred to a Magistrate Judge for settlement discussions commencing on March 24, 2008 and concluding on May 23, 2008, unless the period for settlement discussions is extended by the Court at the request of the parties or the Magistrate Judge.

**SO ORDERED**, this 20th day of March, 2008.

REGGIE B. WALTON
United States District Judge