# Notice of Lis Pendens

To the Recorder of Deeds
515 D Street, NW
Washington, D.C. 20001

Pursuant to District of Columbia Code Section 42-1207, notice is hereby given that Joel D. Joseph has a pending counterclaim against Jonathan W. Cuneo, the Cuneo Law Group PC and Cuneo, Gilbert & LaDuca, LLP, Case No. 08-00253 in the United States District Court for the District of Columbia, in The Cuneo Law Group, P.C., et al., v. Joel D. Joseph. The counterclaim for $6.2 million was filed on March 5, 2008.

This notice concerns the real property located at 647 East Capitol St. S.E., Washington, D.C., Lot 0869, Square 0823.

I affirm under the penalties for perjury, that the above information is accurate and truthful.

_____
JOEL D. JOSEPH

Subscribed and sworn to before me this 12th day of May, 2008.

_____
NOTARY PUBLIC

State of California, County of Los Angeles
Subscribed and sworn (or affirmed) before me
on this 12th day of May, 2008,
by Ivania L. Rodriguez
personally known to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.
Signature: _____

IVANIA L. RODRIGUEZ
COMM. # 1764132
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Oct. 27, 2011

# Notice of Lis Pendens

To the Recorder of Deeds
515 D Street, NW
Washington, D.C. 20001

Pursuant to District of Columbia Code Section 42-1207, notice is hereby given that Joel D. Joseph has a pending counterclaim against Jonathan W. Cuneo, the Cuneo Law Group PC and Cuneo, Gilbert & LaDuca, LLP, Case No. 08-00253 in the United States District Court for the District of Columbia, in The Cuneo Law Group, P.C., et al., v. Joel D. Joseph. The counterclaim for $6.2 million was filed on March 5, 2008.

This notice concerns the real property located at 507 C. Street, N.E., Washington, D.C., Lot 0838, Square 0804.

I affirm under the penalties for perjury, that the above information is accurate and truthful.

JOEL D. JOSEPH

Subscribed and sworn to before me this 12TH day of May, 2008.

NOTARY PUBLIC

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me
on this 12th day of May, 2008,
by Ivania L. Rodriguez,
personally known ...... ....d to me on the
basis of satisfact... ...ce to be the person(s)
who appeared before me.
Signature: _____



IVANIA L. RODRIGUEZ
COMM. # 1776432
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Oct. 27, 2011