UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE CUNEO LAW GROUP, P.C., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08-00253 (RBW) |
| | ) | |
| JOEL D. JOSEPH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT PURSUANT TO LOCAL CIVIL RULE 16.3

Plaintiffs Jonathan W. Cuneo and The Cuneo Law Group, P.C., by counsel, and

Defendant Joel D. Joseph have met and conferred as required by Local Civil Rule 16.3

(a), have discussed the topics required by Local Civil Rule 16.3(c), and jointly submit

this report pursuant to Local Civil Rule 16.3(d).

## MATTERS DISCUSSED BY THE PARTIES

(1)     The parties believe the case can and should be disposed of by dispositive

motion. The parties recommend that discovery and other matters should await

the decision of the Court on the motions.

(2)     Dispositive motions have already been filed by the parties and are fully

briefed, with one exception. Defendant Joseph recently filed a First Amended

Counterclaim. Plaintiffs intend to file a new dispositive motion addressing the

new claim for conversion contained in the First Amended Counterclaim;

otherwise Plaintiffs will incorporate by reference their previous briefs.

Plaintiffs intend to file their new motion on or before June 11, 2008.

(3)   The parties do not believe that the case should be assigned to a magistrate judge for all purposes including trial.

(4)   Although the parties discussed settlement and will continue to do so, they do not at this time believe there is a realistic possibility of settlement prior to the Court's resolution of the dispositive motions. In addition to their own efforts the parties met twice – once in person and once by telephone -- with Magistrate Judge Robinson to discuss settlement.

(5)   The parties do not believe the case would benefit at this time from the Court's ADR procedures.

(6)   The parties believe the case can be fully resolved by the pending and soon-to-be-filed dispositive motions. As discussed above, dispositive motions are fully briefed except with respect to Defendant Joseph's new counterclaim for conversion. Briefing as to that should be completed on or before June 26, 2008. The parties respectfully request that the Court issue a decision on the motions as soon as feasible.

(7)   The parties will stipulate to dispense with the initial disclosures required by Rule 26(a)(1), Fed. R. Civ. P.

(8)   The parties believe that discovery could be completed within 90 days after a decision by the Court on the dispositive motions should any aspect of the case remain unresolved.

(9)   The parties do not anticipate the need for expert witnesses.

(10)  Not applicable.

(11)    The parties do not anticipate any need for bifurcation of trial or phased

discovery.

(12)    The pretrial conference, if any, should be held 60 days after the completion of

discovery, if any.

(13)    The parties believe that no trial date should be set until the pretrial conference.

(14)    The parties are not aware of any other matters that should be included in a

scheduling order.

June 2, 2008                      Respectfully submitted,


STEIN, MITCHELL & MEZINES, L.L.P.

_/s/    Jacob A. Stein_____
JACOB A. STEIN (D.C. Bar  No. 052233
1100 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
(202) 737-7777 * Fax (202) 296-8312
E-Mail: jstein@steinmitchell.com


CUNEO GILBERT & LaDUCA, LLP

_/s/  Jonathan W. Cuneo_____
JONATHAN W. CUNEO (D.C. Bar No. 39389)
David W. Stanley (D.C. Bar No.174318)
Michael G. Lenett (D.C. Bar No. 425592)
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960 * Fax (202) 789-1813
E-Mail: jonc@cuneolaw.com

Counsel for Plaintiffs


_/s/ Joel D. Joseph_
JOEL D. JOSEPH
1717 Fourth Street, Third Floor
Santa Monica, CA 90401


3

(310) 394-6600
joeldjoseph@gmail.com

Defendant *Pro Se*